# IN THE UNITED STATES DISTROR COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARCO A. FLORES ) | CASE NO. #: 3AN:21-cv-00212 |
| ) | |
| Plaintiff ) | Hon. Timothy M. Burgess |
| ) | |
| v. ) | CIVIL RIGHTS COMPLAINT |
| ) | |
| ANCHORAGE FIRE DEPARTMENT ) | 42 U.S.C. §1983: FOURTH, FIFTH AND |
| AND ) | FOURTEENTH AMENDMENTS |
| POLICE OFFICERS "JOHN DOE 1 to 15" ) | |
| ) | |
| AND ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT ) | |
| AND ) | |
| CAPTAIN MICHAEL HETTRICK ) | |
| AND ) | |
| CAPTAIN PAUL BADAILCH ) | |
| AND ) | |
| FIREFIGHTER JAKE BENDER ) | |
| AND ) | |
| FIREFIGHTER GERALD KEMPTON ) | |
| AND ) | |
| FIREFIGHTER BRIAN LEIGH ) | |
| AND ) | |
| FIREFIGHTER BRIAN PARTCH ) | |
| AND ) | |
| SRCAP MICHAEL STUMBAUGH ) | |
| and ) | |
| FIREFIGHTER "JOHN DOE 1 to 30" ) | |
| AND ) | |
| BRIAN BALEGA ) | |
| ) | |
| AND ) | |
| ) | |
| BUREAU OF ALCOHOL TOBACCO ) | |
| FIREARMS, and EXPLOSIVES ) | |

## ENTRY OF APPEARANCE

1

To the Clerk of Court and all Parties of record:

I hereby certify that my application for admission to the bar of this Court has been filed and is currently pending, and I appear in this case as counsel for:

**MARCO A. FLORES**

DATED at Mount Vernon, New York, this 15th day of December, 2021.

Tricia S. Lindsay, Esq.
Law Office of Tricia S. Lindsay, PC
531 E. Lincoln Ave., Ste. 5B
Mount Vernon, NY 10552
Ph:  (860) 783-8877; (347) 386-4604
Fax:  (914) 840-1196
Email: TriciaLindsayLaw@gmail.com
        attorney@tricialindsaylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, I filed the foregoing Plaintiff's Entrance of Appearance with the Clerk of the Court via electronic filing on CMS/ECF.

*/s/ Tricia S. Lindsay*