# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| MARCO A. FLORES,<br>*Plaintiff*<br>v.<br>ANCHORAGE FIRE DEPARTMENT, et al.,<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:21-cv-00212-TMB |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is DISMISSED WITHOUT PREJUDICE.

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: January 11, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*